AO 241 (Rev. 5/85)

## PETITION UNDER 28 USC § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fili in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### *Instructions — Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 F    WRIT OF**
**HABEAS CORPUS BY A PERSON IN S. .E CUSTODY**

| United States District Court | District SUFFOLK COUNTY |
|---|---|

| Name CHRISTOPHER R. BOUSQUET | Prisoner No. W-44500 | Case No. SJ-99-0051 |
|---|---|---|

Place of Confinement SOUZA-BARANOWSKI CORRECTIONAL CENTER PO BOX 8000 SHIRLEY, MASS. 01464

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| CHRISTOPHER R. BOUSQUET | V. EDWARD FICCO S.B.C.C. |

The Attorney General of the State of: THOMAS F. REILLY

## PETITION

1. Name and location of court which entered the judgment of conviction under attack COMMON WEALTH OF MASSACHUSETTS, SUPREME JUDICIAL COURT.

2. Date of judgment of conviction AUGUST 9, 2001

3. Length of sentence 1ST deGREE LIFE

4. Nature of offense involved (all counts) MURDER.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑    No ☐

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court _Supreme Judicial Court of Mass._

(b) Result _Judgement Affirmed_

(c) Date of result and citation, if known _July 5, 1990_

(d) Grounds raised _Juvenile Transfer, Ineffective Assistance of Counsel, Voluntary Intox, Capacity._

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court _Superior Court Bristol County 19043 44_

(2) Result _Denied without hearing. O'Neill_

(3) Date of result and citation, if known _Nov. 18, 1997_

(4) Grounds raised _Transfer hearings, Ineffective Assistance of counsel Criminal Responsibility –_

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court _____

(2) Result _____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☑    No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _Supreme Judicial Court Suffolk County_

(2) Nature of proceeding _Appeal denial of motion for new Trial._

(3) Grounds raised _hearings, Representation mental Capacity – Crim. Responsibility, etc._

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion? *3/21/01 CORDY, J,*
Yes ☑    No ☐

(5) Result *denied    ROBERT CORDY Ass. Justice*

(6) Date of result *AuGusT 9, 2001*
*NEW docket date of 7-9-03, Never previous informed*

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☑        No ☐
(2) Second petition, etc.     Yes ☑        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:  In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

— (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

- (e) Conviction obtained by a violation of the privilege against self−incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

—(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.  Ground one: (B) — I was manipulated into making confession, did not realize self incrimination

Supporting FACTS (state *briefly* without citing cases or law) Vidieo Taped Confession — Exhibit A

B.  Ground two: (B) Thus said same as ove —

Supporting FACTS (state *briefly* without citing cases or law) I thought I would do Time for my guilt — They made a oral deal before the taping, and though I waived my rights, I was not aware and did not realize law, etc —

AO 241 (Rev. 5/85)

C.    Ground three: (1) INEFFECTIVE ASSISTANCE –

Supporting FACTS (state *briefly* without citing cases or law) Though denied all STATE appeals on this said grounds – I feel I was let down by trial lawer – even SJC said he did not raise criminal Responsibility – in their orders I feel I was pushed through and got a first degree – I feel its to much.

D.    Ground four: MENTAL CAPACITY – CRIMINAL RESPONSIBILITY –

Supporting FACTS (state *briefly* without citing cases or law) I was not an Adult when crime happened – I did not know and realize my actions were so great – phych. (report in my case) which was argued should have been used and was not –

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: I'm sure theres some like mental capacity – rather than crim. respon. – and or others – I'm not a lawyer and need one – I'm trying best I can.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a)    At preliminary hearing    KENNITH SULLIVAN

    (b)    At arraignment and plea    KENNITH SULLIVAN

AO 241 (Rev. 5/85)

(c) At trial _Kenneth Sullivan_

(d) At sentencing _Kenneth Sullivan 257 No Main St_
_Fall River, Mass. 678-8388 (Retired)_

(e) On appeal _Eileen Agnes 10 Palmer Road_
_Framingham, Mass 01701 508-879-7474_

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _10 South Main St_
_James A. Couture_  _Belchertown, MA._
_01007_
_413-323-7486_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☑
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_3 - 23 -04_
(date)

_Christopher R. Bousquet_
Signature of Petitioner

(7)

AO 241 (Rev. 5/85)

## PETITION UNDER 28 USC § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### *Instructions — Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District SUFFOLK COUNTY |
|---|---|

| Name CHRISTOPHER R. BOUSQUET | Prisoner No. W-44500 | Case No. SJ-99-0051 |
|---|---|---|

Place of Confinement SOUZA-BARANOWSKI CORRECTIONAL CENTER PO BOX 8000 SHIRLEY, MASS. 01464

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| CHRISTOPHER R. BOUSQUET | V. Edward Ficco, S.B.C.C. |

The Attorney General of the State of: Thomas F. Reilly

## PETITION

1. Name and location of court which entered the judgment of conviction under attack COMMON WEALTH OF MASSACHUSETTS, Supreme Judicial Court,

2. Date of judgment of conviction August 9, 2001

3. Length of sentence 1st degree LIFE

4. Nature of offense involved (all counts) Murder.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑   No ☐

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court __Supreme Judicial Court of Mass.__

(b) Result __Judgement Affirmed__

(c) Date of result and citation, if known __July 5, 1990__

(d) Grounds raised __Juvenile Transfer, Ineffective Assistance of Counsel, Voluntary Intox, Capacity__

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following: __44__

(1) Name of court __Superior Court Bristol County 19043__

(2) Result __Denied without hearing, O'Neill__

(3) Date of result and citation, if known __Nov. 18, 1997__

(4) Grounds raised __Transfer hearings, Ineffective Assistance of counsel Criminal Responsibility__

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court _____

(2) Result _____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court __Supreme Judicial Court Suffolk coun__

(2) Nature of proceeding __Appeal denial of motion for new Trial.__

(3) Grounds raised __hearings, Representation mental capacity - Crim. Responsibility, etc.__

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?  3/21/01 CoRdy, J.
    Yes ☒    No ☐

(5) Result  denied    RobeRT CoRdy Ass. Justice

(6) Date of result  AuGusT 9, 2001
    NEW docket date of 7-9-03, Never previous informed.

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☒    No ☐
    (2) Second petition, etc.       Yes ☒    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution:  In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: (B) _ I was manipulated into making confession, did not realize self incrimination

Supporting FACTS (state *briefly* without citing cases or law) Video Taped confession _ Exhibit A

B.    Ground two: (B) Thus said same above _

Supporting FACTS (state *briefly* without citing cases or law) I Thought I would do time for my Guilt _ They made a oral deal before the taping, and though I waived my rights, I was not aware and did not realize law, etc _

AO 241 (Rev. 5/85)

C.   Ground three: (1) ineffective Assistance —

Supporting FACTS (state *briefly* without citing cases or law) Though denied All State Appeals on This sAid Grounds — + feel I wAs let down by treial lawer — even STC said he did Not rAise criminal responsibility — in their orders I feel I wAs pushed Through and got A first degree — I feel its to much,

D.   Ground four: mentAl cApAcity — CRIMINAL RESPON— sibility —

Supporting FACTS (state *briefly* without citing cases or law) I wAs Not An Adult when crime hAppened — I did Not Know And reAlize my Actions were so greAt — phych. (report in my cAse) which wAs Argued should have been used And wAs Not —

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: I'm sure Theres some like mentAl cApAcity — either Then crim. RESPON -- And or others — I'm not A lawyer And need one — I'm Trying BestIcAn

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐        No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a)   At preliminary hearing   Kennith Sullivan

(b)   At arraignment and plea   Kennith Sullivan

AO 241 (Rev. 5/85)

(c) At trial    _Kenneth Sullivan_

(d) At sentencing    _Kenneth Sullivan 257 No Main St Fall River, Mass. 678-8388 (Retired)_

(e) On appeal    _Eileen Agnes 10 Palmer Road Framingham, Mass 01701    508-879-7474_

(f) In any post—conviction proceeding    _____

(g) On appeal from any adverse ruling in a post—conviction proceeding    _10 South Main St James A. Couture  Belchertown, MA. 01007 413-323-7486_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

    Yes ☐        No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐        No ☑

    (a) If so, give name and location of court which imposed sentence to be served in the future:    _____

    _____

    (b) Give date and length of the above sentence:    _____

    _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ☐        No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_3 — 23 — 04_
(date)

_Christopher R. Bouquet_
Signature of Petitioner

AO 241 (Rev. 5/85)

# PETITION UNDER 28 USC § 2254 FOR WRIT OF
# HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### *Instructions — Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)

HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

District **SUFFOLK COUNTY**

Name **CHRISTOPHER R. BOUSQUET**

Prisoner No. **W-44500**

Case No. **SJ-99-0051**

Place of Confinement **SOUZA-BARANOWSKI CORRECTIONAL CENTER PO BOX 8000 SHIRLEY, MASS. 01464**

Name of Petitioner (include name under which convicted)

**CHRISTOPHER R. BOUSQUET**

Name of Respondent (authorized person having custody of petitioner)

V. **EDWARD FICCO** S.B.C.C.

The Attorney General of the State of: **Thomas F. Reilly**

## PETITION

1. Name and location of court which entered the judgment of conviction under attack **COMMON WEALTH of MASSACHUSETTS, Supreme Judicial Court,**

2. Date of judgment of conviction **August 9, 2001**

3. Length of sentence **1ST deGree Life**

4. Nature of offense involved (all counts) **Murder.**

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐      No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑      No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _Supreme Judicial Court of Mass._

   (b) Result _Judgement Affirmed_

   (c) Date of result and citation, if known _July 5, 1990_

   (d) Grounds raised _Juvenile Transfer, Ineffective_
   _Assistance of Counsel, Voluntary Intox, Capacity_

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following: 44

   (1) Name of court _Superior Court Bristol County 19043_

   (2) Result _Denied without hearing. O'Neill_

   (3) Date of result and citation, if known _Nov. 18, 1997_

   (4) Grounds raised _Transfer hearings, Ineffective Ass-_
   _istance of counsel Criminal Responsibility-_

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _Supreme Judicial Court Suffolk coun_

    (2) Nature of proceeding _Appeal denial of motion for new_
    _trial._

    (3) Grounds raised _hearings, Representation mental_
    _capacity - Crim. responsibility, etc._

(3)

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?  3/21/01 CoRdy, J,
    Yes ☑      No ☐

(5) Result __denied__ __RobeRT CoRdy Ass. JusTice__

(6) Date of result __AuGusT 9, 2001__
NEW docket date of 7-9-03, Never previous informed

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐      No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☑      No ☐
(2) Second petition, etc.     Yes ☑      No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution:  In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

— (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

- (e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

—(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: _(B) - I WAS MANIPULATED into making_
_CONFESSION, did NOT REALIZE SELF INCRIMINATION_

Supporting FACTS (state *briefly* without citing cases or law) _Video TAped_
_CONFESSION - Exhibit A_

B.    Ground two: _(B) Thus said SAme AsoVe -_

Supporting FACTS (state *briefly* without citing cases or law) _I Thought I_
_would do Time For my Guilt - They_
_made A oral deal Before The TApinG,_
_And though I WAived my Rights, I_
_WAs NoT AWARE And did NoT REALIZE_
_LAW, etc -_

AO 241 (Rev. 5/85)

C.   Ground three:   (1)  INEFFECTIVE ASSISTANCE-

Supporting FACTS (state *briefly* without citing cases or law)   Though denied all
STATE appeals on This said Grounds —
+ feel I was let down by trial
lawer — even SJC said he did not raise
criminal responsibility — in their orders
I feel I was pushed Through and got
a first degree — I feel its to much.

D.   Ground four:   Mental capacity — criminal respon-
sibility —

Supporting FACTS (state *briefly* without citing cases or law)   I WAS NOT AN
Adult when crime happened — I did
not know and realize my actions were
so great — phych. (report in my case)
which was argued should have been used
and was not —

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:   I'm sure
Theres some like mental capacity — either
Than crim. respon... And or others — I'm not
A lawyer and need one — I'm Trying Best I can

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐       No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

   (a)   At preliminary hearing   Kennith Sullivan

   (b)   At arraignment and plea   Kennith Sullivan

AO 241 (Rev. 5/85)

(c) At trial    _Kenneth Sullivan_

(d) At sentencing    _Kenneth Sullivan  257 No Main St
Fall River, Mass.  678-8388  (Retired)_

(e) On appeal    _Eileen Agnes  10 Palmer Road
Framingham, Mass 01701   508-879-7474_

(f) In any post−conviction proceeding    _____

(g) On appeal from any adverse ruling in a post−conviction proceeding    _10 South Main St
James A. Couture   Belchertown, MA.
01007
2078 - 413 - 323 - 7486_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐        No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☑
    (a) If so, give name and location of court which imposed sentence to be served in the future:    _____

    _____

    (b) Give date and length of the above sentence:    _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐        No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_3 - 23 - 04_
(date)

_Christopher R. Bousquet_
Signature of Petitioner