<u>FR</u>: CHRISTOPHER R. BOUSQUET      4/13/04
W-44500
BOX 8000 SOUZA-BARANOWSKI CORRECTIONAL CENTER
SHIRLEY, MASS, 01464

<u>TO</u>: UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK —
JOHN JOSEPH MOAKLEY —

DEAR SIR,

I received order/judgement today concerning <u>1:04-CV-10601-WGY</u> <u>Bousquet V. Ficco et al</u> — United States District Court District of Massachusetts —

Order mentions being denied as to being untimely without prejudice to its reconsideration — Also, for reconsideration, that record references would be needed — as to when petitioner learned of his denial of SJC —

I did not understand secondly, where it says "when the motion for

-2-

New trial ought to be reviewed by the full bench of the SJC. — So I enclose a page previous as to thus said denial, showing when I put in thus said motion for Rule 30 / Full Bench hearing.

I have dockets prior to this, the SJC denial order and motions I had said to have sent. If I need to send copies, please just let me know.

C.P.C.S. evaluated and told courts I was not to receive a lawer, a jailhouse lawyer helped me by doing the brief. Then lawyer told me he argued it — I was waiting a decision, did not know I was denied, court never sent me a copy —

Another jailhouse lawer helped

-3-

me request decision and thats when I got the order and updated docket, which copy is enclosed ---

Once again, I hope all this will suffice. I am on my own with no help at all.

I hope the petition will be looked at with consideration and without prejudice. I had hoped to include more issues as well as things came to mind but do not know my way around the law, even after all this time. I wrote what I could from briefs.

2 pages of documents attached -

Thank you

April 13, 2004

Christopher R. Bousquet

07/09/03

✂ 2

COMMONWEALTH OF MASSACHUSETTS
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

Page 2

SJ-1999-0051

COMMONWEALTH v. CHRISTOPHER BOUSQUET

\*\*\* D O C K E T \*\*\*

```
PAPER  DATE      ENTRY
------ --------  -----
                 Service and exhibits.
       02/02/99  Clerk's note: On 12/24/97 motion for new trial was denied in
                 the Superior Court.
2.0    02/16/99  Notice of Assignment of Counsel form referred to CPCS for
                 Evaluation.
3.0    02/16/99  Notice to counsel, regarding paper number 2 filed.
4.0    02/18/99  Notice of Assignment of Counsel form returned.
5.0    05/03/99  Letter to Supreme Judicial Court from Denise Simonini
                 saying.."Please be advised that the above case has been
                 referred to a member of the Committee for Public Counsel
                 Services panel of experienced private attorneys charged with
                 reviewing post-conviction collatral matters. After reviewing
                 the case, the attorney will advise the Chief Counsel whether or
                 not counsel should be appointed..."
6.0    01/13/00  Pleading filed: copies of filings filed by Christopher Bousquet
                 pro se.
7.0    01/13/00  Brief for the Defendant-Appellant filed by Christopher Bousquet
                 pro se.
       01/19/00  Clerk's note: Spoke with ADA Cypher who agreed to file a
                 response in February in order that a ruling be obtained on the
                 papers. (lca)
8.0    02/24/00  Commonwealth's Memorandum in Opposition to Defendant's Petition
                 pursuant to G.L. c. 278, s. 33E, for Leave to Appeal Denial of
                 His Motion for New Trial filed by ADA Catherine Sullivan
                 Ledwidge with certificate of service.
9.0    10/13/00  Motion To Stay Proceedings To November 1, 2000 For Status
                 Report, filed by Atty. James A. Couture with Certificate of
                 Service. (10/16/2000-Motion To Stay Proceedings is ALLOWED
                 without hearing. By the Court, (Greaney, J.))
10.0   10/16/00  Notice to counsel, regarding paper number 9 filed.
11.0   12/22/00  Motion To Stay Proceedings To January 15, 2001 For Status
                 Report, filed by Atty. James A. Couture and Certificate of
                 Service. (01/03/01- Motion To Stay Proceedings To January 15,
                 2001 For Status Report is ALLOWED without hearing. By the
                 Court, (Spina, J.))
```

*This is when I appealed denial decision and asked for full Bench hearing —*

07/09/03

✂ 3

COMMONWEALTH OF MASSACHUSETTS
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

Page 3

SJ-1999-0051

COMMONWEALTH v. CHRISTOPHER BOUSQUET

\* \* \*   D O C K E T   \* \* \*

```
PAPER  DATE      ENTRY
------ --------  -----
12.0   01/03/01  Notice to counsel, regarding paper number 11 filed.
13.0   02/22/01  Letter placing case on Wednesday, March 7, 2001 list for
                 hearing filed by Atty James A. Couture.
14.0   03/05/01  Letter rescheduling case for Wednesday, March 21, 2001 for
                 hearing due to severe weather filed by James A. Couture,
                 Esquire.
       03/21/01  Hearing held before Cordy, J.
15.0   03/21/01  Appearance of Atty James A. Couture for Christopher R.
                 Bousquet.
16.0   03/21/01  Appearance of ADA Catherine B.S. Ledwidge for Commonwealth
                 filed.
17.0   08/09/01  MEMORANDUM AND ORDER: "...The petition for leave to appeal the
                 denial of Bousquet's motion for a new trial is denied." (Cordy,
                 J.)
18.0   08/09/01  Notice to counsel, regarding paper number 17 filed.
19.0   07/07/03  Letter to Clerk Maura S. Doyle, (with attachment) from
                 Christopher Bousquet saying...."I was informed by my Court
                 Appointed Atty James A. Couture, that my appeal was denied and
                 I have never received a copy from him or the
                 court........Please return a copy of my S.J.C. docket entry
                 sheet also...."
       07/09/03  A copy of the Memorandum and Order and an updated docket sheet
                 was mailed to Christopher Bousquest as requested. (see paper
                 #19) (lav)
```

*[Handwritten annotations:]*

This is when I was thus said denied — (was never informed)

my letter to the courts, tailhouselawer helped — I don't even remember Couture telling me —, which is why I asked for help I think he messed up the letter —

updated docket — please allow this date —