CA 04-10601-WGY

TO: Judge William G. Young
United States District Court
1 Courthouse Way
Boston, Mass. 02210

FR: Christopher R. Bousquet W-44500
Box 8000 S.B.C.C.
Shirley, Mass. 01464

RE: Thus says Judge's order filed on 4/9/04

Dear Judge,
I sent record refferences to the court as you requested and I think they may have been filed or something and not sent to you as requested, for I have not heard anything back from you or the courts — except for return of filing fees because you denied my appeal without predjudice with requests to send record refferences —
Your honor — I did not know I had been denied and as you'll see on enclosed record reference — I believe court

2.)

Gave me a new docket date — Although now, almost another year has past —

I'd appreciate if you could see this and help me clear it up so I can have a federal appeal or some type of —

I was only 15 yrs old at this said crime and only seek consideration —

I just see in the Boston Globe — juveniles brain immature less developed than adults — They trying to introduce this evidence to the courts for this said same offence —

Thank you your honor —
Sincerely

Christopher R. Bousquet
Christopher R. Bousquet

10-14-04