UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER R. BOUSQUET,
        Petitioner,

        v.

EDWARD FICCO,
        Respondent.

CIVIL ACTION

NO. 04-10601-WGY

## O R D E R

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Edward Ficco, Superintendent, Souza-Baranwoski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464 and (2) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.


December 15, 2004
   DATE

/s/ William G. Young
CHIEF JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER R. BOUSQUET,
    Petitioner,

v.

EDWARD FICCO,
    Respondent.

CIVIL ACTION

NO. 04-10601-WGY

## O R D E R

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Edward Ficco, Superintendent, Souza-Baranwoski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464 and (2) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

December 15, 2004
    DATE

/s/ William G. Young
CHIEF JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER R. BOUSQUET,
    Petitioner,

    v.

EDWARD FICCO,
    Respondent.

CIVIL ACTION

NO. 04-10601-WGY

## O R D E R

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Edward Ficco, Superintendent, Souza-Baranwoski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464 and (2) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.


December 15, 2004          /s/ William G. Young
   DATE                                 CHIEF JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER R. BOUSQUET,
    Petitioner,

v.

EDWARD FICCO,
    Respondent.

CIVIL ACTION

NO. 04-10601-WGY

## O R D E R

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Edward Ficco, Superintendent, Souza-Baranwoski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464 and (2) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

December 15, 2004          /s/ William G. Young
   DATE                        CHIEF JUDGE