UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER R. BOUSQUET ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-10601-WGY |
| ) | |
| EDWARD FICCO, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General

Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following petitioner pro se, by first class mail, postage pre-paid, on January 10, 2005. .
Christopher R. Bousquet, pro se

Souza-Baranowski Correctional Center  
P.O. Box 8000  
Shirley, MA 01464 /s/ Annette C. Benedetto  
Annette C. Benedetto

Case 1:04-cv-10601-WGY    Document 7    Filed 01/10/2005    Page 3 of 3