UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CHRISTOPHER R. BOUSQUET              )
                                    )
        Petitioner,                  )
                                    )
v.                                  )    Civil Action No. 04-10601-WGY
                                    )
EDWARD FICCO,                        )
                                    )
        Respondent.                  )
_____)

## MOTION TO DISMISS

The respondent in the above-captioned petition for writ of habeas corpus respectfully moves this Court to dismiss the action for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). The petition is time-barred since it was filed beyond the one year period of limitation contained in 28 U.S.C. § 2244 (d)(1)(A).

A memorandum in support of this motion is attached.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060