# SUPREME JUDICIAL COURT
## for Suffolk County
### Case Docket

**COMMONWEALTH v. CHRISTOPHER BOUSQUET**
SJ-1999-0051

### CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | Decided: petition denied | Status Date | 08/09/2001 |
| Nature | Gatekeeper c 278 s 33E | Entry Date | 01/26/1999 |
| Sub-Nature | Mot for New Trial | Single Justice | Cordy, J. |
| TC Ruling | Motion denied | TC Ruling Date | 11/24/1997 |
| SJ Ruling | Relief denied | TC Number | |
| Pet Role Below | Defendant in lower court | Full Ct Number | |
| Lower Court | Bristol Superior Court | Lower Ct Judge | Gerald F. O'Neill, Jr., J. |

### ADDITIONAL INFORMATION

Add'l trial court info: PAPER NO. 8 IS LOCATED IN A BROWN EXPANDABLE FOLDER FILED WITH CASE

| INVOLVED PARTY | ATTORNEY APPEARANCE |
|---|---|
| **Christopher R. Bousquet**<br>Defendant/Petitioner | James A. Couture, Esquire |
| **Commonwealth**<br>Plaintiff/Respondent | Catherine B.S. Ledwidge, Assistant District Attorney |

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 01/26/1999 | | Case entered. (fee waived (gs)) |
| 01/26/1999 | #1 | Petition Pursuant to M.G.L. c. 278 s. 33 E to go on appeal from a Judgment of the Superior Court Department Denying a Rule 30 Motion for a New Trial after Rescript filed with certificate of Service and exhibits. |
| 02/02/1999 | | Clerk's note: On 12/24/97 motion for new trial was denied in the Superior Court. |
| 02/16/1999 | #2 | Notice of Assignment of Counsel form referred to CPCS for Evaluation. |
| 02/16/1999 | #3 | Notice to counsel, regarding paper number 2 filed. |
| 02/18/1999 | #4 | Notice of Assignment of Counsel form returned. |
| 05/03/1999 | #5 | Letter to Supreme Judicial Court from Denise Simonini saying.."Please be advised that the above case has been referred to a member of the Committee for Public Counsel Services panel of experienced private attorneys charged with reviewing post-conviction collatral matters. After reviewing the case, the attorney will advise the Chief Counsel whether or not counsel should be appointed..." |
| 01/13/2000 | #6 | Pleading filed: copies of filings filed by Christopher Bousquet pro se. |
| 01/13/2000 | #7 | Brief for the Defendant-Appellant filed by Christopher Bousquet pro se. |
| 01/19/2000 | | Clerk's note: Spoke with ADA Cypher who agreed to file a response in February in order that a ruling be obtained on the papers. (lca) |
| 02/24/2000 | #8 | Commonwealth's Memorandum in Opposition to Defendant's Petition pursuant to G.L. c. 278, s. 33E, for Leave to Appeal Denial of His Motion for New Trial filed by ADA Catherine Sullivan Ledwidge with certificate of service. |
| 10/13/2000 | #9 | Motion To Stay Proceedings To November 1, 2000 For Status Report, filed by Atty. James A. Couture with Certificate of Service. (10/16/2000-Motion To Stay Proceedings is |

| | | |
|---|---|---|
| | | ALLOWED without hearing. By the Court, (Greaney, J.)) |
| 10/16/2000 | #10 | Notice to counsel, regarding paper number 9 filed. |
| 12/22/2000 | #11 | Motion To Stay Proceedings To January 15, 2001 For Status Report, filed by Atty. James A. Couture and Certificate of Service. (01/03/01- Motion To Stay Proceedings To January 15, 2001 For Status Report is ALLOWED without hearing. By the Court, (Spina, J.)) |
| 01/03/2001 | #12 | Notice to counsel, regarding paper number 11 filed. |
| 02/22/2001 | #13 | Letter placing case on Wednesday, March 7, 2001 list for hearing filed by Atty James A. Couture. |
| 03/05/2001 | #14 | Letter rescheduling case for Wednesday, March 21, 2001 for hearing due to severe weather filed by James A. Couture, Esquire. |
| 03/21/2001 | | Hearing held before Cordy, J. |
| 03/21/2001 | #15 | Appearance of Atty James A. Couture for Christopher R. Bousquet. |
| 03/21/2001 | #16 | Appearance of ADA Catherine B.S. Ledwidge for Commonwealth filed. |
| 08/09/2001 | #17 | MEMORANDUM AND ORDER: "...The petition for leave to appeal the denial of Bousquet's motion for a new trial is denied." (Cordy, J.) |
| 08/09/2001 | #18 | Notice to counsel, regarding paper number 17 filed. |
| 07/07/2003 | #19 | Letter to Clerk Maura S. Doyle, (with attachment) from Christopher Bousquet saying...."I was informed by my Court Appointed Atty James A. Couture, that my appeal was denied and I have never received a copy from him or the court........Please return a copy of my S.J.C. docket entry sheet also...." |
| 07/09/2003 | | A copy of the Memorandum and Order and an updated docket sheet was mailed to Christopher Bousquest as requested. (see paper #19) (lav) |

As of 05/18/2004 01:01