# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10601-WGY

Bousquet v. Ficco et al
Assigned to: Chief Judge William G. Young
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/25/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Christopher R. Bousquet**    represented by    **Christopher R. Bousquet**
W-44500
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464
PRO SE

V.

**Respondent**

**Edward Ficco**    represented by    **Annette C. Benedetto**
Department of Attorney General
One Ashburton Place
Boston, MA 02208
617-727-2200
Fax: 617-727-5755
Email: Annette.Benedetto@AGO.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2004 | | Case received for filing without payment of the filing fee or submission of an application to waive the prepayment of the filing fee. (Jenness, Susan) (Entered: 03/29/2004) |
| 03/25/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Christopher R. Bousquet.(Jenness, Susan) (Entered: 03/29/2004) |
| 03/29/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 03/29/2004) |
| 04/09/2004 | 2 | Judge William G. Young : ELECTRONIC ORDER entered. This petition is denied sua sponte as untimely without prejudice to its reconsideration. It appears that the motion for new trial was denied August 9, 2001, by a Justice of the Supreme Judicial Court. In order to reconsider the matter, |

| | | |
|---|---|---|
| | | the Court will need record references to the date when petitioner learned of this denial and when the motion for new trial ought to be reviewed by the full bench of the Supreme Judicial Court. (Weissman, Linn) (Entered: 04/12/2004) |
| 04/12/2004 | | Civil Case Terminated. (Weissman, Linn) (Entered: 04/12/2004) |
| 04/15/2004 | 3 | Letter from Christopher R. Bousquet. (Bell, Marie) (Entered: 04/21/2004) |
| 05/03/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Jenness, Susan) (Entered: 05/03/2004) |
| 05/03/2004 | | Check in the amount of $5.00 received for filing (Souza Baranowski TFA-Sovreign Bank-No. 643-0020282) and returned to Plaintiff via us mail in light of dismissal of petition). (Jenness, Susan) (Entered: 05/03/2004) |
| 05/03/2004 | | Copy of updated docket with filing fee check mailed to petitioner via us mail (Jenness, Susan) (Entered: 05/03/2004) |
| 10/18/2004 | 4 | Letter from Christopher Bousquet. (Bell, Marie) (Entered: 10/20/2004) |
| 12/15/2004 | | Judge William G. Young : Electronic ORDER entered: Upon reconsideration, the Dismissal is VACATED and service of this petition upon the Commonwealth is ordered. Should it appear that Bousquet's counsel had informed him of the action of the single justice of the Massachusetts Supreme Judicial Court more than one year prior to the filing of this petition, it shall be dismissed as untimely. (Greenberg, Rebecca) (Entered: 12/16/2004) |
| 12/15/2004 | 5 | Judge William G. Young : ORDER entered: SERVICE ORDER re: 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Greenberg, Rebecca) (Entered: 12/16/2004) |
| 12/15/2004 | | Case Reopened (Bell, Marie) (Entered: 01/11/2005) |
| 01/10/2005 | 6 | MOTION for Extension of Time to February 18, 2005 to file response by Edward Ficco.(Benedetto, Annette) (Entered: 01/10/2005) |
| 01/10/2005 | 7 | NOTICE of Appearance by Annette C. Benedetto on behalf of Edward Ficco (Benedetto, Annette) (Entered: 01/10/2005) |
| 01/11/2005 | | Judge William G. Young : ElectronicORDER entered granting 6 Motion for Extension of Time to 2/18/05 to file Response. cc/cl. (Bell, Marie) (Entered: 01/11/2005) |

| PACER Service Center |
|---|