to   CHEIF Judge
     William G. Young

FR   Christopher R. Bousquet
     Petitioner   No. 04-10601

Your Honor,                           2-18-05

   I just received the Attor. Generals motion and brief arguing my request to you.

   Your Honor, I wanted to write one more thing on my behalf to their argument before you make any kind of ruling that will effect my life sentence, I hope it is ok and I thank you for your time and effort.

   Your Honor, as I mentioned to you in my last letter, a Jail House lawyer wrote that letter — he may have wrote it wrong and I just signed it not knowing/realizing what it truily

- 2 -

meant. That's one problem I've had from the start, being so ignorant to the law.

Also, in the last part where they show the docket and my statement in a letter, it still does not show or say when the lawyer told me, if he did. It may have been that I had just found out from him just before I wrote to the court asking for it - (docket and if I was in fact denied).

I have nothing here letters prior to the actual asking them if I was denied —

As far as being untimely, I thought I was still waiting, and no one told me I was denied. Nothing in the mail at all!

Can they show they told me? If the lawyer told me, it was just before I wrote the court and I don't believe or remember that he did at all.

I think the letter was written

In correctly, and I merely signed it —

If anyone is to be disbelieved, it is them your honor —

All this is due to my lack of knowing law, procedure etc. I've been given lawyers that left me in the dark and out to wonder —

I'm fighting for myself your honor.

That is why I have not been able to claim exactly what my grounds for relief are — I need a decent attor., except for what I wrote they claim relief for grounds the four on page one and two —

Thank you your honor,

Christopher K. Bousquet